# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Andres Esquilin Morales,<br><br>    Plaintiff,<br><br>         v.<br><br>HEMCO Elemech Corp., et al.,<br><br>    Defendant. | **Civil No. 15-1314 (SEC)** |

## JUDGMENT

Pursuant to the parties' stipulation of dismissal, see Docket # 75, Judgment is hereby entered dismissing this case with prejudice. The parties shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of May, 2017.

                              *s/ Salvador E. Casellas*
                              SALVADOR E. CASELLAS
                              U.S. Senior District Judge